# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| GREGORY KONRATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:17-CV-53-RL |
| | ) |
| MARK SEVIER, *et al.*, | ) |
| | ) |
| Defendants | ) |

## **OPINION AND ORDER**

This matter is before the Court on a complaint filed by Gregory Konrath in the United States District Court for the Southern District of Indiana on January 10, 2017, which was transferred to this court. Konrath is restricted from filing in any civil case in this Court "until he has paid in full all outstanding fees and sanctions in all civil actions in any federal court . . . ." *Konrath v. Unity Healthcare, LLC*, 3:17-CV-009 (N.D. Ind. filed January 4, 2017), order entered January 5, 2017. Because of that order, Konrath cannot file anything in this case and is therefore unable to proceed at this time. Nevertheless, pursuant to 28 U.S.C. § 1915(b), he must still pay the filing fee. *See Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997).

For the foregoing reasons, the Court:

(1) **DISMISSES** this case **WITHOUT PREJUDICE**;

(2) **ORDERS** the plaintiff, **Gregory Konrath, IDOC # 254068**, to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $400.00 filing fee is paid in full; and

(3) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

**DATED: January 18, 2017**        **/s/RUDY LOZANO, Judge**
                                   **United States District Court**